# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARK UREDA,

               Plaintiff,

v.

STATE COLLECTION SERVICE, INC.,

               Defendant.

Case No. 20-CV-1171-JPS

**ORDER**

      On July 30, 2020, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act and the Wisconsin Consumer Act by Defendant. (Docket #1). On May 10, 2021, all parties who have appeared in this case signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #16). The Court will adopt the parties' stipulation. As a result, the Court will deny as moot (1) Defendant's motion to dismiss, (Docket #6); (2) Plaintiff's motion to dismiss, (Docket #12); (3) Plaintiff's motion to withdraw, (Docket #13); and (4) Plaintiff's motion to dismiss, (Docket #14).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**;

      **IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Docket #6), Plaintiff's motion to dismiss (Docket #12), Plaintiff's motion to withdraw (Docket #13), and Plaintiff's motion to dismiss (Docket #14) be and the same are hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 11th day of May, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge